■ MARIA L. JAOUDE, Appellant, v MATTHEW E. HANNAH et al., Respondents. (Appeal No. 1.) [961 NYS2d 354]—Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered June 15, 2012 in a personal injury action. The order settled the record on appeal with respect to plaintiff's appeal from the order and judgment (one paper) filed on April 1, 2011.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Carni, Sconiers and Whalen, JJ.